854

No. 95–9385. TEEL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–9387. WASHINGTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–9388. WILLIAMS v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 95–9389. BRUCE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9390. VERBECK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–9391. BROWN v. GUNN ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–9392. BOWMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9393. SPROSTY v. BUCHLER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–9394. ONITIRI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9395. ROSCOE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–9396. BUZEA v. STANHOPE HOTEL. C. A. 2d Cir. Certiorari denied.

No. 95–9397. WOODS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–9399. IGBONWA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–9400. MEDINA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.